Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

FANNIE GELLIS, as Administratrix of the Estate of BENJAMIN GELLIS, Deceased, Respondent, *v.* AHNEMAN & YOUNKHEERE, INC., Defendant, and JACOB BENOVITZ, Appellant.

*Negligence — motor vehicles — passenger on motor truck struck by projecting timber on preceding truck.*

*Gellis* v. *Ahneman & Younkheere, Inc.,* 218 App. Div. 829, affirmed. (Argued June 15, 1927; decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of defendants. Intestate was riding as a passenger southerly on Eighth avenue in the city of New York on the front seat of an automobile truck. Preceding it was another truck carrying lumber, a piece of which projected from the rear a distance of seven feet and six inches. At Thirty-fifth street the preceding truck stopped suddenly and the driver of the truck on which intestate was driving was not able to stop it until the projecting board crashed through the windshield and striking intestate inflicted injuries from which he died.

*Walter G. Evans* and *Grattan B. Shults* for appellant.

*Ralph G. Barclay, Morris Hillquit* and *Louis Rothbard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, KELLOGG and O'BRIEN, JJ. Dissent: CARDOZO, Ch. J., ANDREWS and LEHMAN, JJ.